John Roddy, Esquire,
*Pending admission pro hac vice*
BAILEY & GLASSER, LLP
125 Summer Street, Suite 1030
Boston, MA 02110
(617) 439-6730 Telephone
(617) 951-3954 Telecopier
Email: jroddy@baileyglasser.com

Santander
CONSUMER

Santander Consumer USA
PO Box 961245
Fort Worth, TX 76161-1245
(888) 222-4227

Notice of Our Plan to Sell Property

Date: 07/20/2011

Samuel Ross
2583 Mimosa Cir N
Jacksonville FL 32209-2463

Re:   Account No. 30000130385481000
Retail Installment Sale or Credit Sale Contract dated 05/12/2006
06 // CHRYSLER // 300 // VIN 2C3KA43R76H265286

Dear Samuel Ross:

We have your Vehicle because you broke promises in our Agreement. (The checked box below applies to you).

☐  We will sell the Vehicle at a public sale. A sale could include a lease or license.
The sale will be held as follows:   Date: _____
Time: _____
Place: _____

You may attend the sale and bring bidders if you want.

☒  We will sell the Vehicle at a private sale sometime after 07/31/2011. A sale could include a lease or license.

The money we get from the sale (after paying our costs) will reduce the amount you owe. If we get less money than you owe, you ☒ will ☐ will not (as checked) still owe us the difference. If we get more money than you owe, you will get the extra money, unless we must pay it to someone else.

You can get the Vehicle back at any time before we sell it by paying us the full amount you owe (not just the past due payments), including our expenses. To learn the exact amount you must pay, call us at 866-222-4227.

If you want us to explain to you in writing how we figured the amount that you owe us, you may write us at PO Box 961245, Fort Worth, TX 76161-1245 and request a written explanation.

If you need more information about the sale call us at 888-222-4227 or write us at the address set forth above. We are sending this notice to the following other people who have an interest in the Vehicle, or who owe money under your Agreement: .

We will make an application for a repossessed title for the Vehicle.

Sincerely,

Santander Consumer USA

We may report information about your Account to credit bureaus. Late payments, missed payments, or other defaults on your Account may be reflected in your credit report.

EXHIBIT "A"

NOTICE: This is an attempt to collect a debt and any information obtained will be used for that purpose. This is a communication from a debt collector.

NOTICE: If you are entitled to the protections of the United States Bankruptcy Code (11 U.S.C. §§ 362; 524) regarding the subject matter of this letter, the following applies to you: THIS COMMUNICATION IS NOT AN ATTEMPT TO COLLECT, ASSESS, OR RECOVER A CLAIM IN VIOLATION OF THE BANKRUPTCY CODE AND IS FOR INFORMATIONAL PURPOSES ONLY.

© 2010 SANTANDER CONSUMER USA INC. // PO Box 961245 // FORT WORTH, TX 76161-1245
NOI-400
PAGE 1 OF 1